UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-23419-CV-UNASSIGNED/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

290.00 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF DADE, STATE OF FLORIDA;
and UNITED STATES OF AMERICA/MELVIN L.
BECKER, et al., and UNKNOWN OWNERS,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation entered by United States Magistrate Judge William C. Turnoff on June 26, 2008 **[D.E. 24]** on Plaintiff's Motion to Dismiss Interested Parties **[D.E. 18]**, and Plaintiff's Joint Motion for the Entry of Stipulated Judgment as to Just Compensation. **[D.E. 19]**.

The Court has reviewed the record. No Party has filed objections to the Magistrate Judge's Report and Recommendation. After conducting a *de novo* review of the entire record, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge Turnoff's Report and Recommendation **[D.E. 24]** dated June 26, 2008 is **ADOPTED** and ratified by the Court.

(2) Plaintiff's Motion to Dismiss Interested Parties **[D.E. 18]** is **GRANTED**.

(3) Plaintiff's Joint Motion for the Entry of Stipulated Judgment as to Just Compensation **[D.E. 19]** is **GRANTED** and the Stipulated Judgment as to Just Compensation shall

be entered by separate order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida on this _22_ day of July 2008.

_____
**Federico A. Moreno**
**Chief United States District Court Judge**

cc:   Service List